IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUDENCIO MALDONADO, | ) | No. C 14-1920 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| PARAMO, Warden, | ) ) | |
| Respondent. | ) ) | |

     Petitioner, a California prisoner proceeding pro se, filed an unsigned habeas petition on April 25, 2014. On the same day, the Clerk notified Petitioner that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"), and that his petition was not signed. Along with the notice, the Clerk mailed the Court's IFP application and habeas petition forms, instructions for completing the forms, and a stamped return envelope. In the notice, Petitioner was informed that the case would be dismissed if he did not pay the filing fee or file a completed IFP application, and a signed habeas petition, within twenty-eight days. No response has been received. Accordingly, the petition is DISMISSED without prejudice.

     The Clerk shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: June 17, 2014

JEFFREY S. WHITE  
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

AUDENCIO MALDONADO,

        Plaintiff,

  v.

WARDEN PARAMO et al,

        Defendant.

                Case Number: CV14-01920 JSW

                **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Audencio Maldonado F-74240
RJ Donovan
480 Alta Rd
San Diego, CA 92179

Dated: June 17, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk