UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDENCIO MALDONADO,<br>　　　　Petitioner,<br>　v.<br>WARDEN PARAMO,<br>　　　　Respondent. | Case No. 14-cv-01920-JSW<br><br>**ORDER REGARDING SERVICE ON RESPONDENT** |

On June 11, 2015, the Court issued an Order to Show Cause regarding Petitioner's petition for writ of habeas corpus. (Docket No. 15.) In that Order, the Court directed Petitioner to serve by certified mail a copy of the Order to Show Cause, the petition and all attachments thereto upon Respondent. There is no indication that Petitioner has served Respondent, and Respondent has not yet filed an answer.

Accordingly, it is HEREBY ORDERED that Petitioner shall serve, by certified mail, Respondent with a copy of the Order to Show Cause, a copy of this Order, and a copy the petition and all attachments thereto by **September 11, 2015. If Petitioner fails to comply with that deadline, the Court shall issue an Order to Show Cause directing Petitioner to show cause why his petition should not be dismissed for failure to prosecute.**

Respondent shall file with the Court and serve on Petitioner, within 60 days of September 11, 2015, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall due so by filing a traverse with the Court and serving it on Respondent

1   within thirty days of his receipt of the answer.
2       **IT IS SO ORDERED.**
3   Dated: August 12, 2015

                                          JEFFREY S. WHITE
                                          United States District Judge