UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDENCIO MALDONADO,<br>Petitioner,<br>v.<br>DANIEL PARAMO, Warden,<br>Respondent. | Case No. 14-cv-01920-JSW<br><br>**ORDER TO SHOW CAUSE RE MOTION TO DISMISS**<br><br>RE: DOCKET NO. 18 |

On October 21, 2015, Respondent filed a motion to dismiss the Petition for a Writ of Habeas Corpus on the basis that the petition is barred by the statute of limitations. Although Respondent did not notice that motion for a hearing date, under the Northern District Civil Local Rules, Petitioner's opposition to the motion would have been due on November 4, 2015. Petitioner did not file a response to the motion.

Accordingly, Petitioner is HEREBY ORDERED TO SHOW CAUSE why the Court should not why should not grant the motion to dismiss as unopposed. If Petitioner seeks to file an untimely opposition brief to the motion to dismiss, he must show good cause for failing to comply with the Court's deadlines, and he shall submit a proposed opposition brief with the request. Petitioner's response to this Order to Show Cause shall be due by no later than December 11, 2015. If the Court grants the request to file an untimely opposition brief, it will permit Respondent to file a reply.

//
//
//
//

1   Unless the Court determines that a hearing is required, the Order to Show Cause and, if
2   appropriate, the motion to dismiss will be resolved on the papers.
3   **IT IS SO ORDERED.**
4   Dated: November 13, 2015

_____
JEFFREY S. WHITE
United States District Judge