UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDENCIO MALDONADO,<br>Petitioner,<br>v.<br>DANIEL PARAMO, Warden,<br>Respondent. | Case No. 14-cv-01920-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DEADLINE TO FILE REPLY BRIEF**<br><br>Re: Docket No. 18 |

On October 21, 2015, Respondent filed a motion to dismiss the Petition for a Writ of Habeas Corpus on the basis that the petition is barred by the statute of limitations. On November 13, 2015, the Court issued an Order to Show Cause why the Court should not grant the motion as unopposed. Petitioner filed a timely response to the Order to Show Cause, which demonstrates good cause for failure to file an opposition brief. Accordingly, the Court discharges the Order to Show Cause, accepts Petitioner's opposition to the motion to dismiss, and shall require Respondent to file a reply by December 18, 2015. The motion shall be decided on the papers.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
JEFFREY S. WHITE
United States District Judge