UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDENCIO MALDONADO,<br><br>        Petitioner,<br><br>   v.<br><br>DANIEL PARAMO,<br><br>        Respondent. | Case No.  14-cv-01920-JSW<br><br>**ORDER REQUIRING FURTHER STATUS REPORT**<br><br>Re: Docket No. 25 |

The Court has received the parties' joint status report regarding expansion of the record. The Court HEREBY ORDERS the parties to file a further status report on or about April 5, 2016. At that time, unless the parties show extremely good cause, the Court shall expect the parties to set forth proposed briefing schedules either for a renewed motion to dismiss or for the merits of the Petition.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
JEFFREY S. WHITE
United States District Judge