1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    AUDENCIO MALDONADO,                    Case No.  14-cv-01920-JSW
8                    Petitioner,            **ORDER SETTING BRIEFING
                                            SCHEDULE**
9           v.
                                            Re: Docket No. 27
10   DANIEL PARAMO,
11                   Respondent.
12
13          The Court has received the parties' joint status report regarding expansion of the record.
14   The Court HEREBY ORDERS that Respondent shall file a renewed motion to dismiss, or an
15   answer and substantive response to the Petition, by June 6, 2016.
16          If Respondent moves to dismiss, Petitioner's opposition to the motion to dismiss shall be
17   due on July 6, 2016, and Respondent's reply shall be due by July 20, 2016.  Unless the Court
18   determines a hearing is necessary, it will resolve the motion to dismiss on the papers.
19          If Respondent files a substantive response to the Petition, Petitioner's traverse shall be due
20   by July 6, 2016.  At that point the matter shall be deemed submitted, and the Court will issue a
21   ruling in due course.
22          **IT IS SO ORDERED.**
23   Dated: April 6, 2016
24                                          _____
25                                          JEFFREY S. WHITE
                                            United States District Judge
26
27
28