UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDENCIO MALDONADO,<br><br>        Petitioner,<br><br>  v.<br><br>DANIEL PARAMO,<br><br>        Respondent. | Case No. 14-cv-01920-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING SEALING OF RESPONDENT'S EXHIBITS** |

    Respondent has submitted a number of voluminous exhibits to support his motion to dismiss, including police reports and prison records. In some of those documents, the names of Petitioner's minor victims have not been redacted. It also appears, however, that the names of the victims may have been publicly disclosed in the court files on Petitioner's state criminal case.

    Accordingly, the parties are HEREBY ORDERED TO SHOW CAUSE as to whether Exhibits 1 and 16 should be further redacted to remove the names of the minor victims. Pending a response from the parties, the Court has temporarily sealed those exhibits. The response to this Order to Show Cause shall be due by November 4, 2016.

    **IT IS SO ORDERED.**

Dated: October 26, 2016

                                                      _____<br>
                                                      JEFFREY S. WHITE<br>
                                                      United States District Judge